UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABDOUL KARIM BARRY,

                    Plaintiff,

    -against-

MACY'S INC., BLOOMINGDALE'S INC.;
BLOOMINGDALE'S LLC; NATALIA
SURAZHSKY, individually, and APRIL DITO,
individually,

                    Defendants.
-------------------------------------------------------------X

20 **CIVIL** 10692 (CM)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 13, 2022, Defendants' motion for summary judgment is GRANTED without opposition. The Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       April 21, 2022

RUBY J. KRAJICK
Clerk of Court

BY:
Deputy Clerk